

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00451-CV

Celia Beatriz **GARCIA**,
Appellant

v.

Michael Anthony **BENAVIDES**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-09-32349-CV
Honorable Ron Carr, Judge Presiding

# O R D E R

On August 2, 2019, after the reporter's record was overdue and the court reporter advised this court that Appellant had not paid the fee to prepare the reporter's record, we ordered Appellant to provide written proof to this court that the fee has been paid.

On August 9, 2019, Appellant filed a written response indicating the fee has been paid. Our August 2, 2019 order is satisfied.

The reporter's record is due on September 9, 2019. *See* TEX. R. APP. P. 35.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.



Keith E. Hottle,
Clerk of Court